# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD C. WILLIAMS,

    *Petitioner*,

vs.

E.K. MCDANIELS, *et al.*,

    *Respondents*.

3:10-cv-00805-ECR-VPC

(Base File)

ORDER

Following upon the notice (#20) of appearance by petitioner's counsel in this habeas matter,

IT IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Megan C. Hoffman, Esq., appearing as petitioner's counsel of record.

IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred fifty (150) days from entry of this order within which to file an amended petition. The Court will screen the amended petition filed prior to ordering a response.

IT FURTHER IS ORDERED that respondents' motion (#19) to substitute party is GRANTED, and Renee Baker shall be substituted for respondent E.K McDaniel.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

DATED: March 8, 2012.

*Edward C. Reed*
_____
EDWARD C. REED
United States District Judge