# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD C. WILLIAMS,<br>    *Petitioner*,<br>vs.<br>E.K. MCDANIELS, *et al.*,<br>    *Respondents*. | 3:10-cv-00805-ECR-VPC<br>(Base File)<br>ORDER |

IT IS ORDERED that petitioner's motion (#24) for extension of time is GRANTED *nunc pro tunc*, in connection with the first amended petition filed on September 5, 2012.

IT FURTHER IS ORDERED that petitioner's *pro se* letter (#23) is STRICKEN.

IT FURTHER IS ORDERED that, within **thirty (30) days** of entry of this order, petitioner's counsel shall file a notice confirming that she has informed petitioner that he may communicate with the Court in this matter only through counsel and that she has advised him with regard to whether the issues discussed in the letter are at issue in this case.

DATED:   September 11, 2012.

_____
EDWARD C. REED
United States District Judge