AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\* DISTRICT OF  NEVADA

RONALD C. WILLIAMS,

    Petitioner,  JUDGMENT IN A CIVIL CASE

V.

                        CASE NUMBER:  **3:10-cv-00805-MMD-VPC**

E.K. McDANIELS, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the first-amended petition for a writ of habeas corpus (#25) is denied in its entirety. It is further ordered that petitioner is denied a certificate of appealability.

  September 30, 2015                        **LANCE S. WILSON**
                                                                            Clerk

                                                                      /s/ D. R. Morgan
                                                                      Deputy Clerk